IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SANDRA H. RICHARDSON as DAUGHTER,
NEXT BEST FRIEND, and PERSONAL REPRESENTATIVE
OF SANDRA J. VORUS; and ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
SANDRA J. VORUS

AND

SUSAN VORUS, Individually                                             PLAINTIFFS

V.                                      CIVIL ACTION NO.: 2:12-cv-00021-SA-JMV

ALLSTATE INSURANCE COMPANY                                            DEFENDANT

## ORDER

This cause is before the court on the defendant's motions to compel and extend case management order deadlines (#64). The court, having reviewed the record, the motion, the briefs of the parties, and the applicable law, and having heard oral argument, finds as follows:

For the reasons announced by the court on the record at the conclusion of the motion hearing on October 2, 2012, the court finds that in light of plaintiff's responses filed September 28, 2012 to the June 11, 2012 discovery requests of defendant, the instant Motion to Compel responses to the June discovery requests is rendered **MOOT**. It is further ordered that the parties are instructed to conference in good faith regarding the recently filed discovery responses and if there are still outstanding issues regarding the discovery responses, those issues should be brought before the court by defendant pursuant to the Federal and Local Rules governing motions to compel discovery no later than October 9, 2012. It is further ordered that plaintiffs' expert shall be made available for a deposition on a date agreed to by counsel, but in any event, as soon

as reasonably practical .

Additionally, defendant's motion to extend case management order deadlines is GRANTED IN PART AND DENIED IN PART.  In light of District Judge Aycock's ruling denying a continuance of the trial date, and a current trial setting of March 18, 2012, the court can only move current case management order deadlines as follows:

- Discovery deadline: November 7, 2012
- Dispositive motions deadline: November 18, 2012

Should the parties succeed in securing a new trial date on other grounds (not heretofore asserted in support of the motion to continue the trial date), this court will reconsider the case management order deadlines upon a renewed motion.

**SO ORDERED** this, the 3rd day of October, 2012.

/s/Jane M. Virden
U. S. MAGISTRATE JUDGE